# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

SUSAN AMERSON, )
                Plaintiff, )
)
v. ) No. CIV-08-124-FHS
)
)
CITY OF MUSKOGEE, OKLAHOMA )
)
                Defendant. )

## JUDGMENT DISMISSING ACTION
## BY REASON OF SETTLEMENT

The Court has been advised by counsel that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the Court.

**IT IS ORDERED** that the action is dismissed without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

Dated this 22nd day of December, 2008.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma